FILED
2024 Dec-12 PM 01:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **SAEG MOORE**<br>**an individual,**<br>**Plaintiff,**<br>**v.**<br>**SPRING OAKS CAPITAL SPV, LLC, and SPRING OAKS CAPITAL, LLC, *et al*.,**<br>**Defendants.** | **Civil Action No.:**<br>**2:24-cv-01705-RDP**<br>**UNOPPOSED** |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT TO JANUARY 13, 2025**

**COME NOW** the **Defendants, Spring Oaks Capital SPV, LLC and Spring Oaks Capital, LLC** (hereinafter "Defendants" or "Spring Oaks"), by and through undersigned counsel, and respectfully request this Honorable Court to extend the deadline to respond to the Plaintiff's Complaint until January 13, 2025. In support of this Motion, Defendants state as follows:

1. Prior to filing this Motion, Defendants sought and obtained consent from opposing counsel. This Motion is unopposed.

2. This Motion is not made to cause undue delay or burden this Honorable Court's docket. This extension will allow the Defendants additional time to

investigate the claims and will increase the chances of resolving this case without protracted litigation.

3. Defendants' Rule 7.1 Corporate Disclosure Statements will be contemporaneously filed with this Motion.

Dated: December 12, 2024.

Respectfully submitted,

CHRISTIAN & SMALL, LLP.
*/s/ Neal D. Moore, III*
Neal D. Moore, III.
Gabriela R. Atkisson (asb-8400-B40K)
Phone: (205) 795-6588
Fax: (205) 328-7234
ndmoore@csattorneys.com
gratkisson@csattorneys.com
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203

*Counsel for Defendants Spring Oaks Capital, SPV, LLC and Spring Oaks Capital, LLC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following; and I hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participants:

John G. Watts
M. Stan Herring
WATTS & HERRING, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
john@wattsherring.com
stan@wattsherring.com
*Attorneys for Plaintiff*

*/s/ Neal D. Moore, III*
OF COUNSEL